WILLIAM A. WAGNER, Respondent, v. LEONARD THORN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

GEORGE WALKER and Another, Respondents, v. EDMUND H. SMITH and Others, Appellants.— Order denying motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

IDA WOLFSON, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

LARMUS CONSTRUCTION CORPORATION, Appellant, v. ALBERT LUBART, Respondent.— Application granted.

JOSEPH MUGNO, JR., Respondent, v. ROLLING SCREENS, INC., Appellant.— Application denied, with ten dollars costs.

GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, as Trustee, Respondent, v. THE UNITED STATES MORTGAGE AND TRUST COMPANY, Individually and as Executor, etc., of EBENEZER SUGDEN, Deceased, Respondent. MILDRED S. SUGDEN, Intervenor, Appellant.— Order denying appellant's application to intervene affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ROBERT R. GRAHAM, Respondent, v. MIDDLETOWN HEBREW ASSOCIATION, INC., and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS KENNY, Respondent, for a Peremptory Mandamus Order against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order granting plaintiff's motion for a peremptory order of mandamus unanimously affirmed, with ten dollars costs and disbursements, on authority of *Matter of People ex rel. Rea* v. *Prendergast* (178 App. Div. 930; affd., 221 N. Y. 582) and *Matter of People ex rel. Cantor* v. *Craig* (202 App. Div. 840). Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

NASMIE CONSTRUCTION CO., INC., Appellant, v. ETHEL QUASMAN and Another, Respondents.— Order granting motion to vacate notices of examination of defendants before trial reversed on the law, with ten dollars costs and disbursements, and motion denied, save in the following particulars. As to the examination of defendant corporation, plaintiff waives the proposed examination as to the matters set out in subdivision 4 of the notice. We are also of opinion that plaintiff is not entitled to examine the defendant corporation or the individual defendant to show that plaintiff was ready, willing and able to perform. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice.

PAUL TAVETIAN, Appellant, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Respondent.— Judgment reversed on the law and a new trial granted, with costs to abide the event, because of the exclusion of evidence at folios 90, 91, 93, 95 and 96, tending to establish plaintiff's loss of earnings, which were a proper element of damage. (*Masterton* v. *Village of Mount Vernon*, 58 N. Y. 391; *Walsh* v. *N. Y. C. & H. R. R. R. Co.*, 204 id. 58, 68.) Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.